## McDonald v. Hare.

[No. 3,506.     Filed January 16, 1902.]

Bills and Notes.—*Pleading.*—A complaint in an action on a promissory note is not bad as against demurrer for want of facts because of its failure to allege the execution of the note, and that it was given for value, where it is alleged that defendant by his certain promissory note, made part of the complaint, promised to pay plaintiff a named sum, and the note itself recites that it is given for value received. *p. 228.*

McDonald *v.* Hare.

BILLS AND NOTES.—*Execution of Note.*—*Evidence.*—Where in an action on a promissory note the defendant does not deny under oath the execution of the note, no proof of execution is necessary other than the note itself.  *p. 228.*

From Warren Circuit Court; *J. M. Rabb,* Judge.

Action by Clinton L. Hare against Malcom A. McDonald on a promissory note. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*E. F. McCabe,* for appellant.
*E. Stansbury,* for appellee.

ROBINSON, P. J.—Appellee sued upon a promissory note, and, upon issues formed by answer and reply, and a trial by jury, recovered a verdict. The only error assigned is that the complaint does not state sufficient facts. The only objections to the complaint stated by counsel are that it is not averred that the note was given for value, nor is the execution of the note averred. The complaint avers that appellee by his certain promissory note, made part of the complaint, "promised to pay" appellant a named sum, and the note itself recites that it is given for "value received." As appellee did not deny, under oath, the execution of the note, which is in the ordinary form, no proof upon that point was necessary other than the note itself, which was sufficient to authorize a recovery. The complaint, through the exhibit, shows the note was given for value received. The pleading would have been good against a demurrer. *Napier* v. *Mayhew,* 35 Ind. 276; *Hunt* v. *Raymond,* 11 Ind. 215; *Deutsch* v. *Korsmeier,* 59 Ind. 373; *Hardin* v. *Helton,* 50 Ind. 319; *Albany Furniture Co.* v. *Merchants' Bank,* 17 Ind. App. 93.

Judgment affirmed, with ten per cent. damages and costs.